IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01595-WYD-BNB

BROADCAST MUSIC, INC.,
MJ PUBLISHING TRUST d/b/a MIJAC MUSIC,
EVIL EYE MUSIC, INC.,
MISTER SUNSHINE MUSIC, INC.,
SONY/ATV SONGS LLC,
THE BERNARD EDWARDS COMPANY LLC,
SONY/ATV SOLNGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC,
VELVET APPLE MUSIC,
CONCORD MUSIC GROUP, INC., d/b/a JONDORA MUSIC,
HOUSE OF BRYANT PUBLICATIONS, LLC,
CAREERS-BMG MUSIC PUBLISHING, INC.,
SONGS OF UNIVERSAL, INC.,
EMI VIRGIN SONGS, INC., d/b/a EMI LONGITUDE MUSIC,
COTILLION MUSIC, INC., d/b/a PRONTO MUSIC,
RONDOR MUSIC INTERNATIONAL, INC., d/b/a IRVING MUSIC,
SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING,
ARC MUSIC CORP.,
ABKCO MUSIC, INC.,
CYANIDE PUBLISHING,
UNICHAPPELL MUSIC, INC.,
FORREST RICHARD BETTS MUSIC, and
EMI BLACKWOOD MUSIC, INC.,

Plaintiff,

v.

COBBERS OUTBACK, INC., d/b/a OUTBACK SALOON, and
WILLIAM W. WOLVINGTON, individually,

Defendants.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend Order Setting Rule 16(b) Scheduling Conference** [docket no. 11, filed August 9, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for

September 28, 2012, is **vacated and reset to October 11, 2012, at 11:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **October 4, 2012**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  August 9, 2012