UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01595-WYD-BNB

BROADCAST MUSIC, INC.;
MJ PUBLISHING TRUST d/b/a MIJAC MUSIC;
EVIL EYE MUSIC, INC.;
MISTER SUNSHINE MUSIC, INC.;
SONY/ATV SONGS LLC;
THE BERNARD EDWARDS COMPANY LLC;
SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC;
VELVET APPLE MUSIC;
CONCORD MUSIC GROUP, INC. d/b/a JONDORA MUSIC;
HOUSE OF BRYANT PUBLICATIONS, LLC;
CAREERS-BMG MUSIC PUBLISHING, INC.;
SONGS OF UNIVERSAL, INC.;
EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC;
COTILLION MUSIC, INC. d/b/a PRONTO MUSIC;
RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC;
SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING;
ARC MUSIC CORP.;
ABKCO MUSIC, INC.;
CYANIDE PUBLISHING;
UNICHAPPEL MUSIC, INC.;
FORREST RICHARD BETTS MUSIC; and,
EMI BLACKWOOD MUSIC, INC.,

     Plaintiffs,

v.

COBBERS OUTBACK, INC. d/b/a OUTBACK SALOON, and,
WILLIAM W. WOLVINGTON, individually,

     Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     THIS MATTER is before the Court on the parties' Joint Motion To Administratively Close The Case Under D.C.COLO.LCivR 41.2 [ECF No. 22], filed on

- 2 -

May 2, 2013.  After careful consideration and pursuant to D.C.COLO.LCivR 41.2[1], it is

ORDERED that the parties' motion [ECF No. 22] is **GRANTED**, and this civil action is **ADMINISTRATIVELY CLOSED**.  This action may be reopened **upon a showing of good cause**.

Dated:  May 28, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge

---

[1] Pursuant to D.C.COLO.LCivR 42.1, "[a] district judge or a magistrate judge exercising consent jurisdiction may direct the clerk to close a civil action administratively subject to reopening for good cause."